# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### (NASHVILLE; NORTHEASTERN or COLUMBIA) DIVISION

UNITED STATES OF AMERICA )
)
     v. )    No. <u>3:10-00216</u>
)
)    **UNDER SEAL**
)
ALVIN POINTER )

## SEALED ORDER

    This matter comes before the Court on the Government's Motion to Seal Indictment. It is hereby ordered that:

    The Motion is granted and the Indictment is ordered sealed, pending further order of the Court, except that a copy of the Indictment: (a) may be provided by the Government to the defendant or the defendant's counsel after the defendant is arrested; and (b) shall be provided by the Clerk's office to the United States Marshals Service (USMS) to permit the USMS to perform its statutorily-authorized duties.

    The Clerk is directed to file this Order and related matters under seal and, except for a copy of the Indictment the Clerk shall provide to the USMS, to serve them only on counsel for the Government.

<u>HONORABLE TODD J. CAMPBELL</u>
UNITED STATES DISTRICT JUDGE

Dated: <u>August 12, 2010</u>