UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:10-00216 |
| | ) | |
| ALVIN POINTER | ) | |

## MOTION TO UNSEAL INDICTMENT

Comes now the United States and requests the Indictment in this case be unsealed because defendant Alvin Pointer is set for an initial appearance today, February 28, 2011, and should be provided notice of the charges against him in the Indictment.

Respectfully submitted,

JERRY E. MARTIN

United States Attorney for the
Middle District of Tennessee

\s\Brooklyn D. Sawyers
Brooklyn D. Sawyers
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151

GRANTED:

JOHN S. BRYANT
U.S. Magistrate Judge